UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Joanne Jaffe,

                Plaintiff,

     -against-

City of New York, et al.,

                Defendants.

------------------------------------x

19 Civ. 7024 (LAP)

ORDER OF CONFERENCE

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on October 28, 2019 at 9:00 a.m. for an Initial Pretrial conference in the above action.

SO ORDERED

Dated: October 2, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-2-19

_____
LORETTA A. PRESKA, Senior U.S.D.J.