UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2-4-2020

JOANNE JAFFE,

v.

CITY OF NEW YORK, POLICE COMMISSIONER JAMES O'NEILL, and FIRST DEPUTY POLICE COMMISSIONER BENJAMIN TUCKER

Docket No. 19-cv-07024 (LAP)

CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER

LORETTA A. PRESKA, United States District Judge:

This Civil Case Management Plan is submitted by the parties in accordance with Fed. R. Civ. P. 26(f)(3).

1. All parties **do not consent** to disposition of this case by a Magistrate Judge, pursuant to 28 U.S.C. § 636(c).

2. The parties expect that this case **is** to be tried by a jury.

3. Amended pleadings may not be filed and additional parties may not be joined after **February 14, 2020** except with leave of the Court.

4. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed no later than **February 11, 2020**.

5. All fact discovery shall be completed no later than **November 19, 2020**.

6. The plaintiff shall provide HIPAA-compliant medical records release authorizations to the defendant no later than **February 18, 2020**.

7. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim

deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in ¶ 5 above.

    a. Initial requests for production of documents pursuant to Fed. R. Civ. P. 34 shall be served by **February 18, 2020**.

    b. Interrogatories shall be served by **February 25, 2020**. *and two other*

    c. Depositions shall be completed by **September 30, 2020**.

*[handwritten: After the deposition of Plaintiff and two other depositions, counsel shall confer and inform the Court by letter of the status of the case]*

    d. Requests to admit pursuant shall be served by **October 20, 2020**.

8. Expert Discovery

    a. All expert discovery shall be completed no later than **February 8, 2021**.

    b. Expert disclosures shall be served by **January 4, 2021**.

    c. Oppositions shall be served by **January 18, 2021**.

    d. No expert testimony (whether designated as "rebuttal" or otherwise) will be permitted by other experts or beyond the scope of the opinions covered by the aforesaid disclosures without the Court's express prior leave, application for which must be made no later than 10 days after the date specified in the immediately preceding sentence. All experts may be deposed, but such depositions must occur within the time limit set forth for expert discovery in paragraph 8(b).

9. Motions for summary judgment, if any, shall be filed no later than **March 17, 2021**.

10. Counsel for the parties have conferred and their present best estimate of the length of trial is **3 days**.

2

Counsel for the parties:

LEWIS BAACH KAUFMANN
MIDDLEMISS PLLC

By: s/ John W. Moscow
    John W. Moscow

LA PIETRA & KRIEGER, P.C.

By: s/ Louis C. La Pietra
    Louis C. La Pietra

*Counsel for Plaintiff*

JAMES E. JOHNSON
Corporation Counsel of the City of New York

By: s/ Donna A. Canfield
    Donna A. Canfield, Assistant
    Corporation Counsel

*Counsel for Defendants*

SO ORDERED.

Dated: February 4, 2020
New York, New York

_____
LORETTA A. PRESKA
United States District Judge

3