

John W. Moscow
212 822 0164
john.moscow@lbkmlaw.com

September 22, 2020

**VIA ECF**

The Honorable Loretta A. Preska
U.S. District Court, Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

    Re: *Jaffe v. City of New York, et al.*, No. 19-cv-7024 (LAP)

Dear Judge Preska:

    As Your Honor is aware, this office represents Joanne Jaffe, Plaintiff in the above captioned matter. I write to respectfully request an extension of the deadlines established under Your Honor's Civil Case Management Plan and Scheduling Order, which was entered on February 4, 2020 (Dkt. No. 33). I have spoken with counsel for the Defendants, Assistant Corporation Counsel Donna Canfield, who agrees that the deadlines need to be extended, and agrees with the dates proposed below.

    The current Civil Case Management Plan and Scheduling Order, a copy of which is attached here for ease of reference, provides the following deadlines: all fact discovery is to be completed no later than November 19, 2020, all expert discovery is to be completed by February 8, 2021, and motions for summary judgment are to be filed by March 17, 2021. There have not been any previous requests to extend these deadlines.

    This case involves the personal actions of then-Police Commissioner O'Neill and Deputy Commissioner Tucker. In light of the delay caused by the COVID-19 pandemic, and the demands on the time of City management caused by the Black Lives Matter movement, there has been a delay in moving the case forward. Plaintiff has now produced in excess of 20,000 emails to the City; we are told that the City is very well on its way to producing its emails as well. Plaintiff now respectfully requests an extension of the above deadlines. This extension is necessary in order to allow Plaintiff sufficient time to obtain the discovery that the City has not yet produced, to review the relevant materials, and to adequately prepare her case for trial. Plaintiff is requesting an extension that is commensurate with the delay that has been experienced, and proposes that fact discovery be extended to August 31, 2021, expert discovery to November 8, 2021, and summary judgment motions to December 17, 2021.



Hon. Loretta A. Preska<br>
September 22, 2020<br>
Page 2

      A proposed revised scheduling order is attached which reflects the revised scheduling deadlines proposed herein above.

Respectfully submitted,

John W. Moscow

Encl.
Cc:   All Counsel of Record (via ECF)
      Diane M. Camacho (via email)