UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE JAFFE,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK et al.,<br><br>　　　　　　Defendants. | 19 Civ. 7024 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of the letter from Plaintiff (dkt. no. 36).  Counsel for Defendants shall respond no later than November 30, 2020.  Counsel for Plaintiff shall file any reply no later than December 3, 2020.

　　Counsel shall appear by telephone for a conference on December 10, 2020 at 10:00 a.m.  The dial-in number for the conference is (888) 363-4734, access code: 4645450.  Counsel for the parties are directed to call in promptly at 10:00 a.m.

　　**SO ORDERED.**

Dated:　New York, New York
　　　　November 23, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　Senior United States District Judge

1