UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE JAFFE,<br><br>                Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK et al.,<br><br>                Defendants. | 19 Civ. 7024 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform the Court by letter no later than February 8, 2021 as to the status of discovery, including any depositions.

    **SO ORDERED.**

Dated:    New York, New York
            February 1, 2021

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge