UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE JAFFE,<br><br>               Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK et al.,<br><br>               Defendants. | 19 Civ. 7024 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel for the parties shall appear for a teleconference on February 17, 2021 at 11:00 a.m. to address the discovery issues raised in their letters of February 8, 2021 (dkt. nos. 43, 44).

    The dial-in information for the teleconference is (877) 402-9753, access code: 6545179.

    **SO ORDERED.**

Dated:    New York, New York
            February 10, 2021

                        *Loretta A. Preska*
                        LORETTA A. PRESKA
                        Senior United States District Judge