UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE JAFFE,<br><br>                Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK et al.,<br><br>                Defendants. | 19 Civ. 7024 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The teleconference scheduled for February 17, 2021 at 11:00 a.m. EST is adjourned to February 23, 2021 at 11:00 a.m. EST. The dial in information for the conference is: (877) 402-9753, access code: 6545179.

    **SO ORDERED.**

Dated:    New York, New York
          February 17, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge

1