UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE JAFFE,<br><br>               Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK et al.,<br><br>               Defendants. | 19 Civ. 7024 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The dial-in details for the teleconference scheduled on May 26, 2021 at 2:00 p.m. EST are as follows: (877) 402-9753, access code: 6545179.

    **SO ORDERED.**

Dated:    New York, New York
            May 25, 2021

                        _____
                        LORETTA A. PRESKA
                        Senior United States District Judge