

**JAMES E. JOHNSON**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DONNA A. CANFIELD**
*Assistant Corporation Counsel*
Phone: (212) 356-2461
Fax: (212) 356-2438
dcanfiel@law.nyc.gov

May 26, 2021

**BY:  ECF**
Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  *Jaffe v. City of New York, et al.*
           19 CV 7024 (LAP)

Your Honor:

      Due to a family emergency, I write to respectfully request that the conference scheduled for today at 2:00 p.m., be rescheduled for another time and date convenient for the Court.  I have reached out to Plaintiff's counsels to inform them of this last minute request.

      I thank the Court in advance for its attention to this matter.

                              Respectfully submitted,

                              ECF        /s/
                              Donna A. Canfield
                              Assistant Corporation Counsel
                              dcanfiel@law.nyc.gov

cc:     Counsel of Record (by ECF)

```
The teleconference is adjourned to June
3, 2021 at 2:00 p.m.  Counsel shall join
the teleconference using the following
dial-in:(877) 402-9753, access code:
6545179. SO ORDERED.
```

*Loretta A. Preska* 5/26/2021