UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE JAFFE,<br><br>                    Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK et al.,<br><br>                    Defendants. | 19 Civ. 7024 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's letter, dated August 13, 2021 (dkt. no. 60), requesting that Plaintiff file under seal certain documents that will accompany Plaintiff's contemplated motion.

    As an initial matter, Plaintiff is reminded of the Court's Individual Practices pertaining to pre-motion conferences and the requirements of Local Civil Rule 37.2.

    To the extent that Plaintiff complies with the procedural requirements for filing her contemplated motion, Plaintiff shall file any documents marked "confidential," and any reference to the substance of materials marked "confidential," under seal. At the same time, Plaintiff shall also produce to the Court the documents marked "confidential" so that the Court may conduct an in-camera review to assess what materials can be docketed publicly.

1

**SO ORDERED.**

Dated:   New York, New York
         August 16, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge