UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE JAFFE,<br><br>                Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK et al.,<br><br>                Defendants. | 19 Civ. 7024 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's motion of August 23, 2021 (dkt. nos. 62, 63).

    Counsel shall confer and propose a prompt briefing schedule in light of the relief sought.

    **SO ORDERED.**

Dated:    New York, New York
            August 24, 2021

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge