# EXHIBIT B

# Joanne Jaffe 4.8.2021 Production

**D** dcanfiel@law.nyc.gov
Apr 08, 2021, 12:07 PM
To: lou@lapietrakrieger.com, john.moscow@lbkmlaw.com
8 attachments - Expired: Expire: 1620446400000
Message body secured

Dear Counsel:

Please find for service upon you, the following:

1. Joanne Jaffe Personnel File, containing Bates stamp numbers D000064-D000447*;

2. Chief Spinella's notebook entries, from November 14, 2017 to July 3, 2018, with redactions of non-responsive material, bearing Bates stamp numbers D000448-D000638; and

3. Chief Spinella's PWC notebook entries, with redactions of non-responsive material, bearing Bates stamp numbers D000639-D000677.

* Pages containing Bates stamp numbers D000070-D000074 have been withheld on attorney-client/attorney work product grounds. I will send over a privilege log shortly.

File attachments expired: May 8, 2021

| Name | Size | Digital Fingerprint |
|---|---|---|
| D000240-D000363.PDF | 3.7 MB | dd5bb01e1be8f2264ebed74e48bc7da4 (MD5) |
| D000064-D000151.PDF | 28.8 MB | 9190d219a6791c570e353c2ed83ef91a (MD5) |
| D000152-D000239.PDF | 24.4 MB | 672b2e5c7277639ffeee4e6cfc4348e0 (MD5) |
| D000448-D000505.PDF | 19.4 MB | d34f368958cfb03d6c59759841dfde01 (MD5) |
| D000558-D000638.PDF | 17.5 MB | 1f7458e554cdfed2870945e9280ffc5e (MD5) |
| D000506-D000557.PDF | | |

| File | Size | MD5 |
|---|---|---|
| D000639-D000677.PDF | 15.6 MB | 215895505cabf9ed539892413a77b02d (MD5) |
| | 16.6 MB | 893144532b93c94f7d8ebcdbf0570882 (MD5) |
| D000364-D000447.PDF | 52.1 MB | a831ab5584c2234cc0e61c2c1227b502 (MD5) |