# EXHIBIT D

| | |
|---|---|
| **From:** | John Linder |
| **To:** | Scott Turner Esq. |
| **Cc:** | Canfield, Donna (Law) |
| **Subject:** | Donna Canfield, Esq.; John Moscow informal interview today |
| **Date:** | Tuesday, March 2, 2021 11:41:57 AM |
| **Attachments:** | @ |

Scott:

I spoke this morning with Donna Canfield of the NYC Law Department.

She would prefer that we defer the informal interview, until she has time to find and review my old contract with the New York City Police Foundation.

Sounds like she might be inclined, if my contract does not place me in a position of privilege, to skip the informal interview, take subpoena and have the three of us attend virtual deposition.

I am trying to find the old contract.

This email connects the two of you. I hope you will confer on most appropriate course of action.


John Linder
505 818 7191
JohnLinder@icloud.com


```
    <<
              Donna Canfield, Esq..vcf        (0.3KB)
         (0.3KB)
    >>
```