EXHIBIT K

## Jaffe - Eichenstein Emails

 dcanfiel@law.nyc.gov
Sep 08, 2021, 2:41 PM
To: john.moscow@lbkmlaw.com, lou@lapietrakrieger.com
1 attachment - Expires: 1632369600000
Message body secured

Counsel:

Attached please find the production from the review of Simcha Eichenstein's email. This production is is inclusive of, and contains the email sent on August 20, 2021.

File attachment expires: Sep 23, 2021

| Name | Size | Digital Fingerprint |
|---|---|---|
| VOL005.zip | 8.7 MB | abbd59acb8064e02327b6f674149c1ba (md5) |