UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE JAFFE,<br><br>             Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, POLICE COMMISSIONER JAMES O'NEILL, AND FIRST DEPUTY POLICE COMMISSIONER BENJAMIN TUCKER,<br><br>             Defendants. | No. 19-CV-7024 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a telephonic conference regarding the completion of paper discovery on Tuesday December 21, 2021, at 2:00 p.m.  Dial-in: (877) 402-9753.  Access code: 6545179.

**SO ORDERED.**

Dated:     December 14, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge