UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE JAFFE,<br><br>                Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, POLICE COMMISSIONER JAMES O'NEILL, AND FIRST DEPUTY POLICE COMMISSIONER BENJAMIN TUCKER,<br><br>                Defendants. | No. 19-CV-7024 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' request for a settlement conference.  (Dkt. No. 84.)  The Court is available to assist the parties on March 14, 17 or 21.  It is the Court's preference that the settlement conference be in person in Courtroom 12A.  The parties shall confer and promptly notify the Court of their preferred date and whether they agree to proceed in person or request that the conference be held remotely.

    The parties are invited to submit confidential, ex parte statements on or before March 1, 2022 at 5:00 p.m.  The

1

statements shall not exceed seven pages, double spaced, with at least 12-point font.  The parties should submit the statements electronically to chambers at PreskaNYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

Dated:    January 27, 2022
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge