

**HON. SYLVIA HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

**DONNA A. CANFIELD**
*Senior Counsel*
Phone: (212) 356-2461
Fax: (212) 356-8760
Email: dcanfiel@law.nyc.gov

March 16, 2022

**By ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    Jaffe v. The City of New York et al.,
                 19 CV 07024 (LAP)

Dear Judge Preska:

        I am the Assistant Corporation Counsel assigned to represent Defendants in the above-referenced matter. I write, with the consent of Plaintiff's counsel, to respectfully request that the mediation session, scheduled for March 21, 2022, be adjourned for three weeks. I make this request due to the fact that I must fly to Florida today to be with my father, who is having an emergency craniotomy tomorrow. If all goes well, he will need at least a two week recovery period before we are able to determine our next steps. Owing to these circumstances, I do not believe I will be available to participate in any manner, in a mediation session before the Court on Monday.

        I thank the Court for its consideration of this request.

*The settlement conference is adjourned to April 18, 2022 at 11:00 a.m.*

Respectfully submitted,

/s/

Donna A. Canfield
Assistant Corporation Counsel

cc:    John W. Moscow (via ECF)
       Louis La Pietra (via ECF)

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

3/16/22