UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE JAFFE,<br><br>                    Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, POLICE COMMISSIONER JAMES O'NEILL, AND FIRST DEPUTY POLICE COMMISSIONER BENJAMIN TUCKER,<br><br>                    Defendants. | No. 19-CV-7024 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

On January 26, 2022, the parties in this matter requested the scheduling of a settlement conference (dkt. no. 84), which is scheduled to take place on April 18, 2022 at 11:00 a.m. (dkt. no. 91). Accordingly, Plaintiff's August 23, 2021 discovery motion (dkt. no. 62) is marked off the calendar pending settlement discussions.

**SO ORDERED.**

Dated:    March 29, 2022
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge