UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANNE JAFFE,

           Plaintiff,

-against-

CITY OF NEW YORK, POLICE
COMMISSIONER JAMES O'NEILL, AND
FIRST DEPUTY POLICE
COMMISSIONER BENJAMIN TUCKER,

           Defendants.

No. 19-CV-7024 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The settlement having failed for the moment, counsel shall confer and propose to the Court a revised discovery schedule.

**SO ORDERED.**

Dated:    April 26, 2022
           New York, New York

           */s/ Loretta A. Preska*
           LORETTA A. PRESKA
           Senior United States District Judge