UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE JAFFE,<br><br>                    Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, ET Al.,<br><br>                    Defendants. | No. 19-CV-7024 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Further to the Scheduling Order dated June 6, 2022 (dkt. no. 109), the parties shall appear for a conference on September 1, 2022, at 10:00 a.m.

**SO ORDERED.**

Dated:    July 7, 2022
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge