

**John W. Moscow**
212 822 0164
john.moscow@lbkmlaw.com

November 3, 2022

**VIA ECF**

The Honorable Loretta A. Preska
U.S. District Court, Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

Re: *Jaffe v. City of New York, et al.*, No. 19-cv-7024 (LAP)

> Further to the Court's order dated October 31, 2022 (dkt. no. 124), the conference currently scheduled for November 9, 2022 is adjourned to January 24, 2023, at 10:00 a.m.
>
> The Clerk of the Court shall mark the open motion at dkt. no. 126 as closed.
>
> SO ORDERED.   *Loretta A. Preska*
> 11/3/2022

Your Honor:

I write as counsel to Plaintiff Joanne Jaffe, with the knowledge and approval of Assistant Corporation Counsel Larry Profeta, to request that the status conference scheduled for November 9, 2022, be adjourned to a later date—possibly in early February 2023—that is convenient to the Court. The initial date was set to follow the completion of document production and depositions. That was set for October 31, 2022, and has been reset to January 31, 2023.

New counsel on the case need time to prepare. We are working together on the City's remaining collection of discoverable documents and on rescheduling the depositions. Although we anticipate that legal issues may arise that require the Court's assistance, we believe that we can get a great deal accomplished without the immediate need for a conference.

Respectfully submitted,

*John W. Moscow*

John W. Moscow

cc: Counsel of Record (via ECF)