```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Jaffe,                              :
                                    :
                                    :   19 Civ. 7024 (LAP)
                    Plaintiff(s),   :
                                    :   SCHEDULING ORDER
       -against-                    :
                                    :
City of New York, et al.,           :
                                    :
                    Defendant(s).   :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

   It is hereby

   ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on June 7, 2023 at 11:30 a.m. for a conference in the above action.

SO ORDERED.

*[signature: Loretta A. Preska]*

Loretta A. Preska, Senior U.S.D.J.

Dated:   New York, New York
         May 31, 2023