# EXHIBIT 6

| | |
|---|---|
| **From:** | James MacFadyen |
| **Sent:** | Wednesday, June 7, 2023 2:18 PM |
| **To:** | 'Profeta, Lawrence (Law)'; John W. Moscow; Arko, Christopher (Law) |
| **Cc:** | lou@lapietrakrieger.com; Solomon B. Shinerock; Joshua Rothman |
| **Subject:** | Jaffe - Plaintiff's document requests |
| **Attachments:** | Plaintiff's RPDs.zip |

Hi Mr. Profeta,

John asked me to send a collection of our document requests to you – please see attached, and let us know if you have any questions.

Best,
James

**James MacFadyen**
**Investigative Analyst**

# Lewis Baach Kaufmann Middlemiss PLLC

The Chrysler Building
405 Lexington Avenue
64th Floor
New York, New York 10174
**t** 212 822-0159

Email | Website

*This communication is confidential and may contain privileged information. If you have received this communication in error, please delete it and advise the sender by reply e-mail. Thank you*

1