UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE JAFFE,<br><br>                    Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, POLICE COMMISSIONER JAMES O'NEILL, AND FIRST DEPUTY POLICE COMMISSIONER BENJAMIN TUCKER,<br><br>                    Defendants. | No. 19-CV-7024 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The telephone conference currently scheduled for September 15, 2023, at 9:00 a.m., (dkt. no. 148), is adjourned to September 20, 2023, at 10:00 a.m.  Dial-in: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    September 12, 2023
          New York, New York

                                                _____
                                                LORETTA A. PRESKA
                                                Senior United States District Judge