UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE JAFFE,<br><br>                    Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>                    Defendants. | No. 19 CV 7024 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall appear for a teleconference on January 30, 2024, at 2:00 p.m. to discuss Defendants' anticipated motion to quash. Counsel shall use the dial-in: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:   January 24, 2024
        New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge