UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANNE JAFFE,

                    Plaintiff,                    No. 19 CV 7024 (LAP)

 -against-                                        ORDER

CITY OF NEW YORK, et al.,

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

     On January 30, 2024, the Court held a teleconference with the parties in the above-captioned case to discuss Defendants' anticipated motion to quash a subpoena issued to Kramer Levin Naftalis & Frankel LLP.  (See dkt. nos. 161-62.)  The subpoena described in the parties' letters is hereby quashed without prejudice to renewal should it become relevant at a later time.

     The parties shall update the Court, via letter, in 30 days regarding the status of discovery.

**SO ORDERED.**

Dated:    January 30, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge