

|  |  |  |
|---|---|---|
| **Muriel Goode-Trufant**<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007-2601 | **LAWRENCE J. PROFETA**<br>Labor and Employment Law Division<br>Room 2-101<br>Telephone: (212) 356-2630<br>Email: lprofeta@law.nyc.gov |

June 18, 2024

Via ECF

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Jaffe v. City of New York, et al., 19 Civ. 07024 (LAP)

Dear Judge Preska:

I write to respectfully request a thirty day adjournment of the June 25, 2024 conference.

I thank the Court for scheduling the June 25, 2024 conference because after the conference was scheduled, the parties were able to resolve the roadblock that had prompted our request for the conference. Yesterday afternoon, we received the additional information from plaintiff's counsel which we will need to review. The parties will now continue to work in good faith to hopefully resolve the last remaining issue of "reasonable legal fees."

We therefore request that the conference be adjourned thirty days to give sufficient time for this process to be completed, with the expectation that the parties will either hopefully resolve everything or have any remaining issues crystallized and ripe for consideration by the Court, so that the conference, if necessary, can proceed expeditiously.

Respectfully,

Lawrence J. Profeta
Assistant Corporation Counsel

cc. Plaintiff's counsel (via ECF)

The conference scheduled for June 25, 2024 is adjourned to August 12, 2024 at 10:00 a.m.
**SO ORDERED.**

Date: 06/18/2024

LORETTA A. PRESKA, U.S.D.J.